■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIDIA M. RODRIGUEZ, Appellant. [620 NYS2d 979] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered July 15, 1993, convicting her of murder in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Balletta, Ritter, Pizzuto and Florio, JJ., concur.